UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  06-156M-01 (CR) |
| **DAVID J. HUGHES,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 7 D.C.C. §2502.1 |
| | : | (Possession of an Unregistered Firearm); |
| | : | 7 D.C.C. §2506.01 |
| | : | (Possession of Unregistered Ammunition) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 30, 2006, within the District of Columbia, **DAVID J. HUGHES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about March 30, 2006, within the District of Columbia, **DAVID J. HUGHES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about March 30, 2006, within the District of Columbia, **DAVID J. HUGHES**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearm, that is, a Colt .38 caliber revolver.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about March 30, 2006, within the District of Columbia, **DAVID J. HUGHES**, did possess a certain Ruger .357 caliber revolver, without being the holder of a valid registration certificate.

(**Possession of an Unregistered Firearm**, in violation of Title 7, District of Columbia Code, Section 2502.1)

## COUNT FIVE

On or about March 30, 2006, within the District of Columbia, **DAVID J. HUGHES,** did possess ammunition, that is, .357 caliber ammunition, without being the holder of a valid registration certificate for a firearm.

> (**Possession of Unregistered Ammunition**, in violation of Title 7, District of Columbia Code, Section 2506.01)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.