UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-108 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID J. HUGHES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott at telephone number (202) 514-7533 and/or email address Michael.Truscott2@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533
Michael.Truscott2@usdoj.gov