UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID J. HUGHES,<br><br>Defendant. | Criminal Action No. 06-108 (CKK) |

### ORDER

It is, this 22nd day of May, 2006, hereby

**ORDERED** that the Court directs the Probation Office to prepare the offense level calculation of the Advisory Sentencing Guidelines, specifically the applicability of the safety valve provision, for inclusion in a Pre-Sentence Report to be provided to the Court by June 5, 2006. Once the offense level calculation for a Pre-Sentence Report is to be completed, it is to be shared with Government's counsel and counsel for Defendant.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

United States Probation Office
   attn: Mark McCroson


Danielle Courtney Jahn
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Email: dani_jahn@fd.org

*Attorney for Defendant*


Michael T. Truscott
U.S. ATTORNEY'S OFFICE
555 4th Street, NW
Room 4237
Washington, DC 20530
US
(202) 514-7533
Email: michael.truscott2@usdoj.gov

*Attorney for the Government*