UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-108 (CKK) |
| : | |
| DAVID J. HUGHES, : | |
| : | FILED |
| Defendant. : | JUN 3 0 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**GOVERNMENT'S SUBMISSION TO THE COURT
IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, David J. Hughes, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Possession With The Intent To Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), are:

1. That the defendant possessed Cocaine Base;

2. That the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally, or inadvertently;

3. That when the defendant possessed the Cocaine Base, he had the specific intent to distribute it. "Distribute" means to transfer or attempt to transfer to another person; and

4. That the Cocaine Base possessed by the defendant weighed 5 grams or more.

II.  COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.   PENALTIES

Pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B):

1. a term in prison of not less than 5 years and not more than 10 years;
2. a fine of not more than $2,000,000; and
3. a term of supervised release of not more than five years.

IV.   FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on March 30, 2006, at approximately 9:55 a.m., members of the Federal Bureau of Investigation's Safe Streets Task Force executed a search warrant at 535 42nd Street, N.E., Washington, D.C. As the agents and officers were preparing to execute the warrant, they observed the defendant, who was later identified as David J. Hughes, approach the entrance of the residence with a set of keys to the security door and front door. After securing the premises, the agents and officers recovered the following:

1. On an entertainment center in the defendant's bedroom, a plate with large chunks of a white rocklike substance, numerous small ziplocks and several razor blades;

2. A shoebox on the night stand in the defendant's bedroom contained a .38 caliber special revolver (serial number C27772), empty ziplocks, and documents belonging to the defendant;

3. $2,850 in U.S. Currency on the entertainment center in the defendant's bedroom;

4. In the room across the hall from the defendant's bedroom, a showbox with >357 Ruger revolver, several rounds of .357 ammunition, and an identification in the name of "Hughes."

5. In the trunk of a Cadillac, a blue plastic bag with 84 ziplocks of a green weed-like substance.

The police recovered $644 in U.S. Currency from the defendant's person. A subsequent DEA analysis determined that the white rocklike substance was Cocaine Base weighing 26 grams. The cocaine base was smokeable. The DEA analysis determined that the green weed-like substance was marijuana weighing 335 grams. The defendant stated to the agents and officers that he had recently made sales of crack cocaine from the Cocaine Base found in his bedroom and that the marijuana in the trunk of the Cadillac belonged to him. The defendant also told the agents and officers that there was a gun in a shoebox in his room.

An expert in narcotics trafficking would have testified that the use of razors, the chunks, and the sheer amount of cocaine base are, in his experience, consistent with someone distributing narcotics.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
202-514-7533

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Danielle C. Jahn, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6-30-06

_____
DAVID J. HUGHES
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6/30/06

_____
DANIELLE C. JAHN
Attorney for Defendant