UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> DAVID J. HUGHES : <br> : <br> Defendant : | CRIMINAL NO. 06-108 <br> Judge Colleen Kollar-Kotelly |

## ORDER

The probation office shall file its Presentence Report by no later than SEPTEMBER 8, 2006.

The parties shall file its Memorandum in Aid of sentencing by no later than SEPTEMBER 15, 2006 and SEPTEMBER 22, 2006 and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on the Sixth Floor on NOVEMBER 17, 2006 9:00 A.M.

IT IS SO ORDERED,

Date: 6/30/06

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
File
Courtroom Clerk
Pretrial
Probation
Michael Truscott, AUSA
Danielle Jahn, AFPD