UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-108 (CKK) |
| | : | |
| **DAVID HUGHES,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF FILING

Mr. David Hughes, the defendant, through undersigned counsel, respectfully submits this Notice of Filing.  By this Notice, counsel respectfully files the attached exhibit which include sentencing letters written by various co-workers, family, and friends in support of Mr. Hughes. Mr. Hughes will appear before this Court for sentencing on November 17, 2006 at 9:00 a.m.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_\_\_\_/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500