District of Columbia Public School
Department of Transportation
2115 5th Street, N.E.
Washington, D.C. 20019
(202) 576-6306

November 5, 2006

Dear Judge Colleen Kollar-Kotelly,

    I have had the pleasure to supervise David Hughes for five years as a bus attendant with District of Columbia Public Schools Department of Transportation. In this time David has been a model employee, he has been reliable and responsible. He has received two promotions and has been commended on his remarkable work ethic. I have called him on unscheduled days when we were short employees, David has always been happy to assist in any way possible. David is very outgoing and has a great working relationship with all of his co-workers. He has always appeared to me as a man of good character and high morals.

    I would happily re-employ David as I consider him to be a valuable member of the team, who consistently achieved good results and delivers all expectations.

Yours faithfully,

M. Kassa
Transportation Supervisor

Lovelena Ashton
15815 Pinecroft Lane
Bowie, Maryland 20716
(240) 882-0227

November 9, 2006

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Colleen Kollar-Kotelly,

I have known David Hughes in a variety of capacities for almost twenty years. He has been a friend, co-worker and a role model to the children in our families. David has been a terrific father to his children and has played a substantial role in the life of my children as well. He has coached many season of football for our neighborhood children and has been there as a father figure for many youth who are less fortunate. I've also worked with David at several vending events and had to call on him on a few occasions to fill in for me. He is always willing to go that extra mile to assist in any way possible.

At all times I have found David to be dependable, reliable, hard-working, conscientious, honest and courteous. I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is a great asset to society. I was really shocked to learn of David's charges and feel this is out of character for him. He has always set high goals for himself and has strived over the years to achieve them.

In addition, David has shown so much remorse for his actions and knows that his actions have brought turmoil and embarrassment to our family. I have expressed to David that through regression will come progression and sometimes God will put you in the wilderness, an unfamiliar environment, so that you may see the bigger picture. He has learned a valuable lesson and I can assure you that he will become an even greater addition to society if given the chance.

I'm happy to provide further information if required.

Respectfully Submitted,

*Lovelena Ashton*
Lovelena Ashton
Paralegal

Hello my name is Wenona Brooks; i'm a personal friend of David Hughes.

First of all I would like to start off by saying; David Hughes is a very intelligent and trustworthy human being. I know we all make mistakes, and not all of us learn by our mistakes, but hearing from David every day convinced me that he have definitely learned by his mistake.

David Hughes is a very dedicated worker, a loving son, and a very good father to his children. At first you couldn't find David near a church, and the social life before God, but as the time passed it had to take this mistake to show him that God has to be first in his life. Now, all he talks about is church, because he attends service every Sunday. He states he will continue through, when he comes home, and I believe in my heart he has changed, and I believe in my heart all the words he speaks.

With his experience, he can motivate and share with the youths, that there are better things in life than in place where no one wants to be.

In all words, I personally think David deserves a second chance.

Not just saying because I'm a friend, but from my heart, and listening to a change man.

Thank You

Wenona Brooks

Honorable Colleen Kollar - Kotelly
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Honorable Colleen Kollar - Kotelly,

I am Langston Hughes the brother of David Hughes. I have known David since he was born. I have watched him grow up to be the man that he has become. My brother is a wonderful person with big dreams. Since he was a little boy he always wanted to be some body own his own business and travel. My brother has 2 beautiful children who love him dearly. He would pick them up every other weekend, go to the school and check on them and just be a daddy to them. He was going to work every day and on time. He shares the brotherly responsibility for looking out for our mother. I am aware of the crime that my brother has pleaded guilty to and we were raised to take responsibility for our actions. That's why I can say with great confidence that no matter what the outcome is I know in my heart that my brother is a stand up guy and has learned from his mistake and will not make the same mistake again. He has too much at risk 2 small children that need their father, a mother that needs her son, and brothers that need their brother. I believe if given the opportunity he can contribute to society in a positive way.


Respectfully,


Langston Hughes

*[signature: Langston Hughes]*

Honorable Colleen Kollar - Kotelly
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Colleen Kollar - Kotelly,

My name is Candra Hughes, I am the sister in-law of David Hughes. I have known David for about 9 years. During the 9 years that I've known David he has been a good father, brother, son, and uncle. David has held a steady job working for the school system as an aide on the bus. He was going to work faithfully every day. David has hopes to one day own his own business. Which I personally think he would be good at. Some things that I can say about David is that he is a stand up guy. Every other weekend he would get his kids and spend quality time with them. He would go up to the school and check on them. He helped his neighbors whether it was bringing in the groceries or cutting their grass. He always gives his mother and others respect. David is not one of those young boys that do not have a care in the world. He actually has feelings and yes we all make mistakes or do things that we should not do and we all have to answer to our wrong doings and or mistakes. I feel that David has learned and is still learning that some decisions that he has made have not been good decisions. I believe that what ever the out come is David will not repeat the same mistake or make the wrong decision that would jeopardize him being able to spend that quality time with his kids, helping his neighbors, being a good son to his mother, a wonderful brother to his brothers, and going to work to earn a living.

Respectfully,

Candra Hughes

*Candra Hughes*

531 42nd St. N.E.
Washington, D.C. 20019
November 6, 2006

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 2001

Dear Judge Kollar-Koteley,

    This letter is in reference to Mr. David Hughes whom I have known for the last fifteen years as a friend and neighbor. Mr. Hughes attended Kelly Miller Junior High School where I was employed as a teacher during the 1990's. While at the above school, David received additional help in Reading Resource and proved to be a responsible /co-operative student.

    As a neighbor of Mr. Hughes, we often chatted about the problems facing young people and what solutions could be given to help them on the local, national, and international level. Concerning community service and volunteer work, Mr. Hughes would often help distribute fruits and vegetables to the elderly and less fortunate in our community. David was so concerned about homeless people that he alerted me to a homeless man who was in need of food. We fed the man who later was given a residential home by the government.

    David Hughes has been a concerned citizen for the residents on 42nd street often helping to solved some of the neighborhood problems such as parking, rodents, crime watch, trash dumping, and beautification of lawns.

    If there are any questions, please call at 202-398-8165.

Sincerely,

*Annie C. Miller*

Ms. Annie C. Miller
DCPS Teacher
Missionary (True Deliverance
            Church of God)

03 November 2006

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue N.W.
Washington, DC 20001

Your Honor:

I have known David Hughes since April 1988, when I moved on 42nd Street.

There is nothing negative that I can say concerning Mr. Hughes, as he was always respectful towards me and my 89-year-old mother. He helped me whenever he was available (yard work, heavy lifting, etc.).

Most young men do not have time for the elderly/mature people, but David would always have time to stop and talk to my mother, and she enjoyed talking to him. When my mother was driving and would be on her way to church, David would help her in the car and ask that she say a prayer for him. My mother referred to David as "my other son."

I know Mr. Hughes is incarcerated because of wrongdoing and there is no way that I would even attempt to guess at the reason for what he did. However, I can say that without a doubt he does miss being with his two children and this is a great punishment for him. From observing Mr. Hughes with his children I know that he loves them and they love him.

If given a second chance and/or new beginning Mr. Hughes will let his past mistakes be past mistakes and will thrive to better himself for his sake, as well as his children's sake.

Mr. Hughes cannot change what he did, but he can work towards a bright and fulfilled future with his children and those who love him. He is a smart young man and can make a positive contribution in this world. It is never too late.

*Marie M. Wallace*

Marie M. Wallace
539 42nd Street N.E.
Washington, DC 20019

11-12-06

Honorable Colleen Kollar Kotelly;

I am writing in behalf of my son David J. Hughes. He is a good guy. He is not a menace to society. He is a guy who has future, and would like to have another chance. I have known him all of his life. He is sorry for what he did. He does attend Central Union Baptist Church. He has two children Marshé and David J Hughes, Jr. that he does take care of.

This is a turning point in his life. He works for the D.C.P.S. System of five years. and he is commented to his job. He never been in the criminal system, or been in any trouble before. Please put it in your heart to have mercy on my son.

(Mother)   Africka S. Hughes

11-12-06

To the Honorable Colleen Kollar Kotelly;

I am writing today to express my strong support for a close friend, David Hughes. I have known David for more than 12 years. We grew up together. David is a very courageous man, that may have made poor decisions in the past, which currently has him in a unfortunate position, but in all honesty David is a good guy. He has a strong family support system. He plays a position role in our neighborhood. Most elderly neighbors love David, and the younger guys look up to him. I am sure Davids family and friends could not believe the dreadful news regarding Davids incarceration. He carries himself in a positive manner, and very well respected by others. David is a decent man that have made a mistake, but I honestly believe from the depths of my heart that not only has it been an eye opener, but a learning experience for David. I am asking the court to please show mercy on David, because the David Hughes that I know is a wonderful man whom I belive deserves a chance at correcting any mistake that he may have made.      Regards Tammy Jones