HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-108-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| HUGHES, David J. | : | Disclosure Date: <u>August 30, 2006</u> |

**FILED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____
**Prosecuting Attorney**                                    **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_David Hughes_ 9-12-06                _Dani Jahn_ 9/12/06
**Defendant**         **Date**                **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 15, 2006**, to U.S. Probation Officer **Valencia Flecther**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

September 13, 2006

Valencia Fletcher
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                Re:    **United States v. David J. Hughes**
                       **Criminal No.: 06-108 (CKK)**

Dear Ms. Fletcher:

Enclosed please find the Defendant's Objections and Comments to the Presentence report, prepared in the above case, dated August 30, 2006.

**Objections and Comments**

1.    Mr. Hughes requests that Page 2 of the Presentence Report reflect his date of birth as February 26, 1977; hence his age is 29.

2.    Mr. Hughes requests that Paragraph 1 on Page 3 of the Presentence Report be modified to include all counts in the indictment which are as follows: Count One - Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841 (a)(1) and 841 (b)(1)(B)(iii); Count Two - Unlawful Possession with Intent to Distribute Cannabis, in violation of 21 U.S.C. § 841 (a)(1) and 841 (b)(1)(D); Count Three - Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1); Count Four - Possession of an Unregistered Firearm, in violation of D.C. Code § 7-2502.1; and Count Five - Possession of Unregistered Ammunition, in violation of D.C. Code § 7-2506.01.

3.    Mr. Hughes requests that Page 5 of the Presentence Report be modified to reflect that he is eligible for the Limitation on Applicability of Statutory Minimum Sentences in Certain Cases, pursuant to U.S.S.G. § 5C1.2. As stated in a June 1, 2006, Memorandum, prepared by

your office in this case, it was determined that Mr. Hughes was eligible for a two-level reduction pursuant to the safety valve under § 2D1.1(b)(9). Therefore, Mr. Hughes' total offense level should be 25, not 27.

4. Mr. Hughes requests that Paragraph 28 on Page 6 of the Presentence Report be modified to reflect his date of birth as February 26, 1977.

5. Mr. Hughes requests that Paragraph 32 on Page 7 of the Presentence Report be modified to reflect that Mr. Hughes is court ordered to pay child support for his daughter in the amount of $150.00 every two weeks.

6. Mr. Hughes objects to Paragraph 41 on Page 9 of the Presentence Report and requests that it be modified to include his eligibility for the safety valve, thereby resulting in a total offense level of 25 and a criminal history category of I. This guideline range for imprisonment is 57 to 71 months.

7. Mr. Hughes objects to Paragraph 42 on Page 9 of the Presentence Report regarding the language "the previously contested issue concerning the firearm." At no time did Mr. Hughes contest an issue concerning a firearm.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc: Michael Truscott
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

2