AO 245___  Order Regarding Motion for Sentence Reduction
             Sheet 1

## UNITED STATES DISTRICT COURT
### District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| DAVID J. HUGHES | Case Number: CR 06-108 (CKK) |
| | USM Number: 28578-016 |
| **Date of Original Judgment:** Jan. 16, 2007 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

Upon motion of  X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __70__ months is reduced to __term of 60 months__.

Provided that, if prior to March 3, 2008, a law is enacted repealing the U.S. Sentencing Commission's December 2007 decision to make retroactive Amendments 706 and 711 to the Sentencing Guidelines, this Order shall have no effect.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: __27__                     Amended Offense Level: __25__
    Criminal History Category: I                    Criminal History Category: I
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __57__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____                    _____
       Date                                       Signature of Judge

                                           _____
                                           Name and Title of Judge