AO 245___ Order Regarding Motion for Sentence Reduction
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Columbia

| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE |
|---|---|

**v.**

**FILED**

David J. Hughes

| | |
|---|---|
| Case Number: | 06CR00108-01 |
| USM Number: | 28578-016 |
| Mary M. Petras | |
| Defendant's Attorney | |

MAR – 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Date of Original Judgment:** _November 20, 2006_
**(Or Date of Last Amended Judgment)**

Upon motion of *unopposed* ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of
        _70_ months is reduced to _60 months_

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: _27_          Amended Offense Level: _25_
        Criminal History Category: _I_     Criminal History Category: _I_
Previous Guideline Range: _70_ to _87_ months     Amended Guideline Range: _60_ to _71_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
        at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _11/20/06_ shall remain in effect.
**IT IS SO ORDERED.**

_March 5, 2008_                    _Colleen Kollar-Kotelly_
        Date                    Signature of Judge

        _US DISTRICT COURT for DC_
        Name and Title of Judge
        _COLLEEN   KOLLAR-KOTELLY_

(N)